# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

144338 & (26)(27)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
         Plaintiff-Appellee,

v

SHEILA MATTHEWS and EUGENE
MATTHEWS,
         Defendants-Appellants.

SC: 144338
COA: 301086
Wayne CC: 10-007595-AV

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 22, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.

       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

Clerk

t0227